TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00144-CV







American General Fire & Casualty Company and Maryland 


Insurance Company, Appellants



v.



A. G. and E. G., Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT


NO. 93-07373, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING







PER CURIAM




 The parties have filed a joint motion to dismiss this appeal. The motion is granted. 
Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.


Before Justices Powers, Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: May 17, 1995

Do Not Publish